**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

In the Interest of Zachary R., A Juvenile under the Age of Seventeen, Respondent,

v.

State of South Carolina, Appellant.

Appellate Case No. 2013-001974

---

Appeal From Charleston County
Jocelyn B. Cate, Family Court Judge

---

Unpublished Opinion No. 2015-UP-183
Submitted March 1, 2015 – Filed April 8, 2015

---

**DISMISSED**

---

Attorney General Alan McCrory Wilson and Assistant Attorney General William M. Blitch, Jr., both of Columbia; and Solicitor Scarlett Wilson, of Charleston, for Appellant.

John S. Nichols, of Bluestein, Nichols, Thompson & Delgado, LLC, of Columbia; and Andrew John Savage, III, of Savage Law Firm, of Charleston, for Respondent.

---

**PER CURIAM:**  We dismiss the appeal pursuant to Rule 220(b), SCACR, and the following authorities:  S.C. Code Ann. § 63-3-630(A) (2010) ("Any appeal from an order, judgment, or decree of the family court shall be taken in the manner provided by the South Carolina Appellate Court Rules.  The right to appeal must be governed by the same rules, practices, and procedures that govern appeals from the circuit court."); *Levi v. N. Anderson Cnty. EMS*, 409 S.C. 374, 379, 762 S.E.2d 44, 47 (Ct. App. 2014) ("An appellate court may determine the question of appealability of a decision from a lower court as a matter of law." (quotation marks omitted)); *id.* ("Even if not raised by the parties, this court may address the issue of appealability *ex mero motu*." (quotation marks omitted)); *In re Lorenzo B.*, 307 S.C. 439, 439, 415 S.E.2d 795, 795 (1992) ("An order adjudicating a juvenile to be a delinquent is not immediately appealable."); *id.* ("Instead, an appeal may only be taken after the imposition of final judgment at the dispositional hearing.").

**DISMISSED.**[1]

**THOMAS, KONDUROS, and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.